[No. 8422–8–II.   Division Two.   October 27, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v. ROBERT HARRY DANKS, *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 84–1–00063–1, William E. Howard, J., entered December 21, 1984. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed,

A.C.J., and Alexander, J.